**Order filed March 30, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00870-CV
_____

**O.A.O., Appellant**

**V.**

**R.S.O., Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-76763**

## ORDER

On February 23, 2021, this court issued an opinion dismissing this appeal. On February 26, 2021, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed February 23, 2021 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Hassan.